IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONNIE DEAN FOOTS                                                                                 PLAINTIFF

v.                           Civil No. 16-4044

VICTOR C. ROSE, Sheriff, Hempstead
County; THEARTICE EARLY, Lewisville
Police Department (LPD); CHIEF TUMBERLIN,
LPD; OFFICER COX, LPD; and DR. AUTUEN                     DEFENDANTS

**ORDER**

Ronnie D. Foots submitted this *pro se* action for filing. The Clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. It appears that Plaintiff is no longer incarcerated. For that reason, no filing fee will be collected in accordance with the Prison Litigation Reform Act. The matter of service will be determined at a later time.

Plaintiff is further advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

IT IS SO ORDERED this 6th day of May 2016.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 6 2016

DOUGLAS F. YOUNG, Clerk
By       Deputy Clerk

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE