IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONNIE DEON FOOTS                                                                    PLAINTIFF

v.                        Civil No. 4:16-cv-04044

VICTOR C. ROSE, Sheriff, Lafayette
County; THEARTICE EARLY, Lewisville
Police Department (LPD); CHIEF TUMBERLIN,
LPD; OFFICER COX, LPD; DR. AUTUEN;
And OFFICER CLARK, LPD                                                              DEFENDANTS

## ORDER

Plaintiff Ronnie Deon Foots proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion to Compel. ECF No. 23. Defendants have filed Responses. ECF Nos. 24, 25.

Plaintiff's asserts "I'm now only getting half of a response from my Interrogatories" and asks the Court to compel Defendants to produce "1. Copies of Indictment and Warrant. 2. Copies of ER report from Magnolia Regional Center 3. Along with the Ambulance report. 4 Who is responsible for making medical choices. 5. State the date and times that the Lafayette county jail consultants with my primary doctor Dr Arrington." ECF No. 23. Defendants represent they are in the process of providing additional information to Plaintiff in the time provided by law and that Plaintiff did not attempt to notify Defendants of his dissatisfaction with the responses or resolve the dispute without court intervention.

Accordingly, Plaintiff's Motion to Compel (ECF No. 23) is **DENIED** as moot.

**IT IS SO ORDERED this 30th day of March 2017.**

/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE