IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


RONNIE DEON FOOTS                                                                    PLAINTIFF

                    v.                     Civil No. 4:16-cv-04044

VICTOR C. ROSE, Sheriff, Lafayette
County; THEARTICE EARLY, Lewisville
Police Department (LPD); CHIEF TUMBERLIN,
LPD; OFFICER COX, LPD; DR. AUTUEN;
And OFFICER CLARK, LPD                                                              DEFENDANTS


## ORDER

Plaintiff Ronnie Deon Foots originally filed his complaint *pro se* on May 6, 2016.  ECF

No. 1.  Plaintiff filed an Amended Complaint on May 25, 2016.  (ECF No. 6).  Before the Court

is Plaintiff's Motion for New Trial.  (ECF No. 50).

Currently, there are two pending motions for summary judgment filed by Defendants.

(ECF Nos. 30, 36).  The Court has not yet ruled on those motions and therefore Plaintiff's motion

for a new trial is premature.

Accordingly, Plaintiff's Motion for new Trial (ECF No. 50) is hereby **DENIED.**

**IT IS SO ORDERED this 16th day of October 2017.**

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE